LYNN M. KESAR, CABN 191521
483 - 9th Street, Suite 200
Oakland, CA 94607
(510) 868-0644 tel.
(510) 225-3945 fax
lmk@lynnkeslar.com

Attorney for Defendant
JOEL MOWDY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) No. CR-11-00035 PJH |
| Plaintiff, | ) **STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA FOR EMPLOYMENT** |
| vs. | |
| GWENDOLEN STONE, et al, | |
| Defendants. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant JOEL MOWDY may travel to the Eastern District of California in connection with his employment as a courier, and that the conditions of Mr. Mowdy's pretrial release should be so amended.

United States Pretrial Service Officer Timothy Elder agrees to the proposed amendment to Mr. Mowdy's conditions of release.

//

//

US v Gwendolen Stone, et al (Mowdy) CR 11-00035 Stipulation and Order Re Pretrial Release - 1

The parties agree that all other terms of Mr. Mowdy's initial pretrial release shall remain in effect.

**SO STIPULATED.**

/s/
_____

Dated:   February 11, 2011

STEPHEN CORRIGAN
Assistant United States Attorney
Attorney for the UNITED STATES

/s/
_____

Dated: February 11, 2011

LYNN M. KESLAR
Attorney for Defendant
JOEL MOWDY

**SO ORDERED**.

Dated:  2/11/2011

_____

The Honorable Magistrate Judge
DONNA RYU